*State, Respondent, v. Duque, Petitioner*, No. 93679-0. Petition for review of a decision of the Court of Appeals, No. 73241-2-I, August 8, 2016, 195 Wn. App. 1033. *Denied* February 8, 2017.

*State, Petitioner, v. McKinnon, Respondent*, No. 93688-9. Petition for review of a decision of the Court of Appeals, No. 74008-3-I, August 29, 2016, 195 Wn. App. 1053. *Denied* February 8, 2017.

*State, Respondent, v. Hart, Petitioner*, No. 93689-7. Petition for review of a decision of the Court of Appeals, No. 47069-1-II, August 16, 2016, 195 Wn. App. 449. *Denied* February 8, 2017.

*State, Respondent, v. Kalac, Petitioner*, No. 93690-1. Petition for review of a decision of the Court of Appeals, No. 47506-5-II, September 7, 2016, 195 Wn. App. 1060. *Denied* February 8, 2017.

*State, Respondent, v. Johnson, Petitioner*, No. 93691-9. Petition for review of a decision of the Court of Appeals, No. 47425-5-II, July 26, 2016, 195 Wn. App. 1019. *Denied* February 8, 2017.

*Guest et al., Petitioners, v. Lange et al., Respondents*, No. 93693-5. Petition for review of a decision of the Court of Appeals, No. 47482-4-II, August 2, 2016, 195 Wn. App. 330. *Denied* February 8, 2017.

*State, Respondent, v. Ford, Petitioner*, No. 93698-6. Petition for review of a decision of the Court of Appeals, No. 46998-7-II, September 7, 2016, 195 Wn. App. 1060. *Denied* February 8, 2017.

*State, Respondent, v. Johansen, Petitioner*, No. 93699-4. Petition for review of a decision of the Court of Appeals, No. 72922-5-I, June 27, 2016, 194 Wn. App. 1042. *Denied* February 8, 2017.